McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ROCIO WENTZ, <br><br> Plaintiff, <br><br> v. <br><br> ANDREW SAUL,<br>Commissioner of Social Security, <br><br> Defendant. | Civil No. 2:19-cv-01531-AC <br><br> **STIPULATION AND ~~PROPOSED~~ ORDER FOR A FIRST EXTENSION OF TIME FOR DEFENDANT TO FILE HIS MSJ** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 30 days to file his motion for summary judgment. Defendant respectfully requests this additional time because of a very heavy workload accumulated from leave over the holidays, including thirteen other district court merits briefs due within the next three weeks.

Stip. to Extend Def.'s MSJ

1

The new due date for Defendant's responsive brief will be Wednesday, March 4, 2020.

Respectfully submitted,

Date: *February 3, 2020*  NYMAN TURKISH

By: */s/ Melissa Markos Nyman\**
MELISSA MARKOS NYMAN
*\* By email authorization on January 30, 2020*
Attorney for Plaintiff

Date: *February 3, 2020*  McGREGOR W. SCOTT
United States Attorney

By: */s/ Michael K. Marriott*
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant

<u>Of Counsel</u>
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

<u>ORDER</u>

APPROVED AND SO ORDERED:

DATED: *March 3, 2020*

HONORABLE ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s MSJ

2