MELISSA NYMAN (CA 293207)
3009 Douglas Boulevard, Ste. 200
Roseville, CA 95661
Phone: (877) 529-4773
Fax: (916) 218-4341
Email: Melissa Nyman@NymanTurkish.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCIO WENTZ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant | Case No.: 2:19-cv-01531-AC<br><br>**JOINT STIPULATION AND ORDER FOR AN AWARD OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT** |

Plaintiff, Rocio Wentz, by Melissa Nyman, her undersigned attorney and Defendant, Andrew Saul, Commissioner of Social Security, by and through his undersigned attorney, McGregor W. Scott, United States Attorney, jointly stipulate and petition this Court to enter an order awarding attorney fees and expenses in the total amount of $4951.53, in full satisfaction and settlement of any and all claims Plaintiff may have under the Equal Access to Justice Act ("EAJA"), 28 U.S.C § 2412. The award of attorney fees will satisfy all of Plaintiff's claims under 28 U.S.C. § 2412 in this case. The parties further agree that Plaintiff is entitled to $400.00 in costs, to be paid from the Department of the Treasury's Judgment Fund.

Any fees paid belong to Plaintiff, and not to her attorney, and may be offset to satisfy any pre-existing debt that Plaintiff owes the United States under *Astrue v. Ratliff,* 560 U.S. 586 (2010). After the Court enters this award, if counsel for the Defendant can verify that Plaintiff

JOINT STIPULATION AND ORDER FOR AN AWARD OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT – CASE NO. 19-01531

owes no pre-existing debt subject to the offset, Defendant will direct that the award be made payable to Plaintiff's attorney pursuant to the EAJA assignment duly signed by Plaintiff and counsel.

Wherefore, Plaintiff and Defendant move the Court to accept this joint stipulation and enter an order awarding Plaintiff EAJA fees in the amount of $4951.53 and costs in the amount of $400.

Dated:   October 7, 2020

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

| /s/ Melissa Nyman | /s/ Daniel P. Talbert                * |
|---|---|
| Melissa Nyman | Daniel P. Talbert |
| Attorney for Plaintiff | Special Assistant United States Attorney |
| Nyman Turkish PC | Attorneys for Defendant |
| 3009 Douglas Boulevard | Office of the General Counsel, Region IX |
| Suite 200 | Social Security Administration |
| Roseville, CA  95661 | 160 Spear Street, Ste. 800 |
| Phone: (877) 529-4773 | San Francisco, CA  94105 |
| e-mail: Melissa Nyman @ | Phone: (415) 977-8995 |
| NymanTurkish.com | Email: Daniel.Talbert@ssa.gov |

[*As authorized by email on October 6, 2020]

JOINT STIPULATION AND ORDER FOR AN AWARD OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT – CASE NO. 19-01531

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: October 14, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

JOINT STIPULATION AND ORDER FOR AN AWARD OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT – CASE NO. 19-01531

-3-